| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Webster ETC, LLC | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  El Tiempo Webster  DBA  El Tiempo Cantina | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-2213964 | |
| 4. | Debtor's address | **Principal place of business**  20237 Gulf Freeway  Webster, TX 77598  Number, Street, City, State & ZIP Code  Harris  County | **Mailing address, if different from principal place of business**  P O Box 27460  Houston, TX 77227  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Webster ETC, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Webster ETC, LLC**
     Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

**■ Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>■ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

| Debtor | **Webster ETC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **2/9/2026**
             MM / DD / YYYY

X  *Nicole Elam*
   ID: baU9ts6FhaCEukbJCiEHXCMY
   Signature of authorized representative of debtor

**Nicole Elam**
Printed name

Title  **Vice President of Operations**

**18. Signature of attorney**

X  [signature]
   Signature of attorney for debtor

Date  **2.9.26**
      MM / DD / YYYY

**Genevieve M. Graham**
Printed name

**Genevieve Graham Law, PLLC**
Firm name

**d/b/a Graham PLLC**
**4203 Montrose Blvd., Suite 550**
**Houston, TX 77006**
Number, Street, City, State & ZIP Code

Contact phone  **(832) 367-5705**     Email address  **ggraham@graham-pllc.com**

**24085340 TX**
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF**

**WEBSTER ETC, LLC**

**A Texas Limited Liability Company**

**February 6, 2026**

The undersigned, being all the members/managers of Webster ETC, LLC, a Texas limited liability company (the "Company"), in lieu of a special or annual meeting, do hereby consent to adoption of the following resolutions:

**RESOLVED**, that the member/managers have decided that is in the best interests of the Company that the Company file for protection under chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED**, that:

1. The Company is authorized and directed to take such steps as are necessary to file a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, and to file all other pleadings necessary to the bankruptcy case.

2. The member/managers are authorized and directed to execute and deliver on behalf of the Company and in its name any documents necessary in the courts of the bankruptcy case, to hire professionals as are necessary to the case, and to do any and all acts and things necessary to carry out, perform, and consummate a reorganization under chapter 11 of the United States Bankruptcy Code.

3. The members/managers are authorized to execute and deliver, retroactively as of January 29, 2026, any agreements necessary to engage Genevieve Graham Law, PLLC d/b/a Graham PLLC as bankruptcy counsel.

4. The members/managers are authorize to execute and deliver, retroactively as of February 4, 2026, any agreements necessary to engage MBR Advisors LLC to provide financial advisory services for the chapter 11 bankruptcy filing.

5. The members/managers are authorize to execute and deliver, retroactively as of February 4, 2026, any agreements necessary to engage Chart Capital Management for financial and business consulting services as Chief Restructuring Officer for the chapter 11 bankruptcy filing.

6. Nicole Elam is authorized to sign the chapter 11 bankruptcy petition, schedules, statement of financial affairs, monthly operating reports, and any other document required for Webster ETC's chapter 11 bankruptcy.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent of Webster ETC, LLC effective as of the date set forth above.

**WEBSTER ETC, LLC**

*/s/ David Felt*
ID 7Sz2ikrXR9pWEWLsYASheTGD

David Felt, Manager and Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Webster ETC, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bob Jones<br>ADDRESS TO COME | | Loan | | | | $410,000.00 |
| Todd Dartez<br>address redacted | | Loan | | | | $360,000.00 |
| Joel Kelly<br>address redacted | | Loan | | | | $215,000.00 |
| Gordon Food Service<br>P O Box 88029<br>Chicago, IL 60680 | | Trade | | | | $151,063.09 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P O Box 7346<br>Philadelphia PA 19101-5016 | | 941 Payroll Taxes | Unliquidated | | | $150,000.00 |
| Donald Knight<br>Attn Megan Fojt<br>10235 W Little York Suite 450<br>Houston, TX 77040 | | Offset of $84,000 cash | Contingent Unliquidated Subject to Setoff | | | $120,000.00 |
| E Advance<br>Attn: John Dubiel Jr.<br>10440 N Central Expy Suite 800<br>Dallas, TX 75231 | | Settlement Agreement | | | | $19,051.00 |
| Eastfield at Baybrook LLC<br>c/o Mark Alan Goodman<br>Rox Rothschild LLP<br>2501 N Harwood St<br>Dallas, TX 75201 | | Settlement Agreement; | Contingent Unliquidated Disputed | | | $15,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

| Debtor | **Webster ETC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cappellen & Associates<br>3355 West Alabama Suite 300<br>Houston, TX 77098 | | Professional Fees | | | | $14,460.75 |
| El Tiempo Cantina<br>Attn Maria Machado<br>602 Sawyer Street Suite 110<br>Houston TX 77007-0000 | | Corporate Royalties and Fees | Disputed | | | $13,195.26 |
| MA Produce Co<br>3113 Produce Row<br>Houston, TX 77023 | | Trade | | | | $12,343.05 |
| Metro Linen Service<br>P O Box 978<br>McKinney, TX 75070 | | Trade | | | | $11,525.82 |
| Quality Produce<br>2301 Airline Dr Suite E<br>Houston, TX 77009 | | Trade | | | | $14,689.11 |
| Ben E. Keith - Houston<br>P O Box 2497<br>Fort Worth TX 76113-0000 | | Trade | Unliquidated | | | $11,769.68 |
| Jones Law Firm PC<br>3724 Jefferson St Suite 310<br>Austin TX 78731-0000 | | Professional Fees | | | | $9,138.50 |
| Southwest Seafood Inc.<br>P O Box 36384<br>Houston, TX 77236 | | Trade | | | | $7,855.27 |
| Jackson Walker LLP<br>1401 McKinney St #1900<br>Houston TX 77010-0000 | | Professional Fees | | | | $7,350.00 |
| Alsco, Inc.<br>322 Almeda Genoa Road<br>Houston, TX 77047 | | Trade | Disputed | | | $7,262.90 |
| AC and Heating<br>12746 Coulson St.<br>Houston, TX 77015 | | Trade | Disputed | | | $5,656.69 |
| Chemmark of Houston<br>P O Box 40266<br>Houston, TX 77240 | | Trade | | | | $4,375.91 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

| Debtor | **Webster ETC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ledo Distribution LLC<br>P O Box 7829<br>Houston, TX 77270 | | Trade | | | | $7,269.22 |
| Hill Country Dairies<br>P O Box 80467<br>Austin, TX 78708 | | Trade | | | | $3,053.69 |
| NCR Corporation<br>P O Box 198755<br>Atlanta, GA 30384-8755 | | Trade | Disputed | | | $2,508.15 |
| Air-Care Southeast Inc.<br>615 Kansas, South<br>Houston, TX 77587 | | Trade | Disputed | | | $2,422.63 |
| International Spirits Wholesales (ISW)<br>3319 Mangum Road<br>Houston TX 77092-0000 | | Trade | | | | $2,425.62 |
| Sysco Houston<br>10710 Greens Crossing Blvd<br>Houston, TX 77038-2716 | | Trade | Disputed | | | $2,416.39 |
| Republic Services #853<br>P O Box 677156<br>Dallas, TX 75267 | | Utility | | | | $1,943.09 |
| Spec's Liquors<br>2410 Smith St<br>Houston TX 77006-0000 | | Trade | | | | $1,790.84 |
| Ronald C. Campana Attorney and Counselor at Law<br>4900 Fournace Place Suite 560<br>Bellaire, TX 77401 | | Professional Fees | | | | $1,701.25 |
| Summit Fire & Security<br>P O Box 6783<br>Carol Stream, IL 60197-6783 | | Trade | Disputed | | | $1,001.75 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Webster ETC, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-[●] (●)<br><br>**(Emergency Hearing Requested)** |

## LIST OF EQUITY SECURITY HOLDERS

Webster ETC, LLC, a Texas limited liability company and debtor in the above-captioned case, files its List of Equity Security Holders, pursuant to Fed. R. Bankr. P. 1007(a)(3).

| Equity Holder | Aggregate Number of Units | Percentage of Equity Interests |
|---|---|---|
| Carpe Diem – Webster LTD | N/A | 100% |

---

[1] The Debtor's EIN is 82-2213964 and the Debtor's service address in this chapter 11 case is PO Box 27460, Houston, TX 77227.

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Webster ETC, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-[●] (●)<br><br>**(Emergency Hearing Requested)** |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

Webster ETC, LLC, a Texas limited liability company and debtor in the above-captioned case, files its Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

| Name of Corporation | Percentage of Equity Interest |
|---|---|
| Carpe-Diem – Webster, LTD | 100% |

---

[1] The Debtor's EIN is 82-2213964 and the Debtor's service address in this chapter 11 case is PO Box 27460, Houston, TX 77227.

1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Webster ETC, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **List of Equity Security Holders and Corporate Ownership Interest**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/9/2026     X */Nicole Elam/*
                              ID_baU9ta6FhaCEpkbJCjEtIXCMY
                              Signature of individual signing on behalf of debtor

**Nicole Elam**
Printed name

**Vice President of Operations**
Position or relationship to debtor